UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIAN HILL ANN,

                Plaintiff,

-against-

SUSAN WIVIOTT; BRIDGE, INC.; THE BRIDGE, INC.; QUEENS KENDRA SHERIFFS; NYC MENTAL HEALTH AND HYGIENE,

                Defendants.

21-CV-9271 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, appearing *pro se*, brings this action, under the Court's federal question jurisdiction, alleging that Defendants violated her federally protected rights. Plaintiff also submitted an unsigned order to show cause. The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this Court a substantially similar complaint and unsigned order to show cause naming the same Defendants and arising out of the same events. That complaint is pending in this Court under docket number ECF 1:21-CV-9210, 2. As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 21-CV-9210.

Plaintiff's complaint is dismissed as duplicative. All pending motions are terminated. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated: November 12, 2021
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge