UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIVIAN HILL ANN,

                Plaintiff,

-against-

SUSAN WIVIOTT; BRIDGE, INC.; THE BRIDGE, INC.; QUEENS KENDRA SHERIFFS; NYC MENTAL HEALTH AND HYGIENE,

                Defendants.

21-CV-9271 (LTS)

CIVIL JUDGMENT

Pursuant to the order issued November 12, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 21-CV-9210. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 12, 2021
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                Chief United States District Judge